# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>Plaintiff,<br><br>v.<br><br>TAITANO, *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00263-ART-CLB<br><br>**ORDER GRANTING MOTION TO IDENTIFY TRUE NAME OF DEFENDANT MICHAEL ORTZEL**<br><br>[ECF No. 26] |

On March 25, 2024, Defendants filed their notice of acceptance of service and stated that the Office of the Attorney General ("OAG") could not accept service for "Ortzel" as the true identity of the Defendant was not known at that time. (ECF No. 17.) Plaintiff James Edward Scott filed two separate motions requesting that the OAG take additional steps to identify the unserved defendant. (ECF Nos. 18, 20.) The Court denied the motions and directed Plaintiff to file a motion identifying a specific name for the defendant. (ECF Nos. 19, 22.)

Plaintiff has now filed a motion identifying the unserved defendant and has provided more specific information as to Defendant Ortzel, who he names as "Michael Ortzel". (ECF No. 26.) Thus, Plaintiff has provided additional information in compliance with this Court's prior orders.

Therefore, **IT IS ORDERED** that Plaintiff's motion to identify unserved defendant, (ECF No. 26), is **GRANTED**.

**IT IS FURTHER ORDERED** that within 21 days of the date of entry of this order, the Attorney General's Office shall file notice advising the Court and Plaintiff of whether it can or cannot accept service on behalf of Defendant **Michael Ortzel**. If the Attorney General's Office cannot accept service on behalf of **Michael Ortzel**, the Office shall file, under seal, but shall not serve on Plaintiff, the last known address of **Michael Ortzel**, if it has such information. If the last known address of **Michael Ortzel** is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical

address. If service cannot be accepted for **Michael Ortzel**, Plaintiff shall file a motion requesting issuance of a summons, specifying a full name and address for **Michael Ortzel**. If the Attorney General has not provided last-known-address information, Plaintiff shall provide the full name and address for **Michael Ortzel**.

**IT IS SO ORDERED.**

DATED: May 10, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**