# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TAITANO, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-CV-00263-ART-CLB<br><br>**ORDER**<br><br>[ECF No. 39] |

This case involves a civil rights action filed by a former inmate, Plaintiff James Edward Scott, III ("Scott"). (ECF No. 1.) A scheduling order originally entered in this case set the dispositive motion deadline for December 4, 2024. (ECF No. 24.) On November 13, 2024, Defendants Nephi Taitano, Daren Baker, Joshua Collins, Brittany Owens, and Kristy Fonoimoana (collectively referred to as "Defendants") filed a motion to extend time to file dispositive motions, which the Court granted the same day. (ECF Nos. 34, 35, respectively.) The new deadline to file dispositive motions was set for December 19, 2024. (ECF No. 35.) On December 18, 2024, Defendants filed a second request to extend time to file dispositive motions. (ECF No. 36.) After the motion to extend time was filed, but before the Court granted the extension, Defendants filed their motion for summary judgment, (ECF No. 38), effectively mooting the order granting the request to extend time.

Accordingly, **IT IS ORDERED** that the Court's order granting the motion to extend time, (ECF No. 39), is hereby **WITHDRAWN**. Scott's response to the motion for summary judgment shall be filed by no later than **January 10, 2025**, consistent with the Minute Order at ECF No. 40.

**DATED**: December 20, 2024 .

 _____
**UNITED STATES MAGISTRATE JUDGE**